## COURT OF APPEAL, FIRST CIRCUIT
## STATE OF LOUISIANA

RE: Docket Number 2017-CA-0186

M&R Drywall, Inc.

- - Versus - -

MAPP Construction, LLC, Southgate Towers, LLC & R.W. Day & Associates, Inc.

19th Judicial District Court
Case #: 529351
East Baton Rouge Parish

Consolidated with the following:

2017 - CA - 0187
MAPP Construction, LLC
versus
Southgate Penthouse, LLC, R.W. Day Development, LLC, Robert W. Day, Janice E. Day and Lionsway, LLC

2017 - CA - 0188
Southgate Residential Towers LLC, Southgate Penthouse, LLC
versus
MAPP Construction, Inc., MAPP Construction, LLC, Michael A. Polito, M&R Drywall, Inc., M&R Stucco, Inc., Power Design, Inc., Travelers Casualty and Surety Company of America, Westfield Insurance Company, Crum & Forrester Specialty Insurance Company, Scottsdale Insurance Company, Bituminous Fire and Marine Insurance Company, National Union Fire Insurance Company, Indian Harbor Insurance and XYZ Insurance Company

On Application for Rehearing filed on 05/13/2019 by Great American Alliance Insurance Company

Rehearing _____ *DENIED*

*McClend, J.*
*Would grant the*
*Rehear.*

Page McClendon

Jewel E. "Duke" Welch

Mitchell R. Theriot

Date **JUL 1 8 2019**

Rodd Naquin, Clerk